IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | | |
|---|---|---|
| CURT TOMLINSON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 1:12-cv-01050-SOH |
| ERICK WIGGINS, BILL REISDORFF, AMERCABLE INCORPORATED, AND NEXANS INC. | § § § § | |
| Defendants. | § § | |

### AFFIDAVIT OF CHAD ARCHER

STATE OF ARKANSAS )
                  )
COUNTY OF UNION   )

On this day appeared before me, Chad Archer, who is personally known to me and who, upon his oath, stated as follows:

1. My name is Chad Archer. I am over the age of twenty-one and am competent in all respects to make this affidavit.

2. Defendant AmerCable Incorporated ("AmerCable") is the leading manufacturer of flexible electrical power and control cables for harsh operating environments, including oil and gas drilling and production, surface and underground mining, renewable energy sources, and general industrial settings. AmerCable operates a 500,000 square foot manufacturing facility in El Dorado, Arkansas as well as an office in Houston, Texas. I am currently the Vice President of AmerCable's Mining and Industrial Business Unit. I report to the President of AmerCable. I have held this position since October 2012. During Plaintiff Curt Tomlinson's employment with AmerCable, however, I was AmerCable's Chief Financial Officer and Secretary. I held the position of Chief Financial Officer for 11 years. In my capacity as Chief Financial Officer, I was

1

**Exhibit 1**

responsible for maintaining AmerCable's financial records, overseeing AmerCable's financial objectives and condition, and managing risks. I was also intimately involved in the transaction between AmerCable Holdings, Inc. and Nexans USA Inc. In connection with the transaction, I acted as a key representative of AmerCable Holdings, Inc. during negotiations of the stock purchase agreement. Therefore, I have personal knowledge of the matters set forth in this affidavit, and I am fully competent to testify about them. The facts set forth in this affidavit are true and correct.

3. Plaintiff Curt Tomlinson was employed by AmerCable.

4. On February 29, 2012, 100% of the stock of AmerCable Holdings Inc. was transferred from QEP Cable Investment, LLC and other equity holders to Nexans USA Inc. The parties to the stock purchase agreement were Nexans USA Inc., AmerCable Holdings, Inc., QEP Cable Investment, LLC, and other equity holders of AmerCable Holdings, Inc.

5. Defendant Nexans Inc. ("Nexans") is a subsidiary of Nexans USA Inc.

6. AmerCable Holdings, Inc. is the entity that holds 100% of the stock of AmerCable.

7. Defendants Nexans and AmerCable were not parties to the transaction; therefore, AmerCable never informed Nexans of Plaintiff's charge of discrimination filed with the Equal Employment Opportunity Commission or potential lawsuit.

8. The only connection between Defendant Nexans and Defendant AmerCable is that they are both owned by Nexans USA Inc.

9. Since the transaction, neither AmerCable Holdings, Inc. nor AmerCable have changed in status or name. Nexans does not operate AmerCable's plant, use its equipment, or employ its workforce because AmerCable still exists as an entity. AmerCable is fully able of

satisfying a judgment rendered against it and providing relief to Plaintiff should it be found liable.

10. The only substantive change that occurred as a result of the transaction with regards to AmerCable's operations is that Bob Hogan, former president and CEO of AmerCable, resigned from his position and served as a consultant for six months.

FURTHER AFFIANT SAYETH NOT

_____
Chad Archer

Sworn to and subscribed before me on March 21, 2013.

_____
Notary Public in and for the State of Arkansas

JANICE C. MURPHY
Notary Public-Arkansas
Union County
My Commission Expires 04-23-2019
Commission # 12371013

My Commission Expires:

4-23-2019