## AFFIDAVIT OF CURT TOMLINSON

My name is Curt Tomlinson. I am over the age of 18, make these statements based upon personal knowledge, and am competent to do so.

1. Bill Reissdorff manages by bullying. He yells at you and is abusive when you ask questions. If you had a problem he would do nothing, but he was willing to give orders and discipline people.

2. About 8 months before I was fired, I went on leave for one month. I saw a psychiatrist twice, he took me off of work for one month, prescribed me prescription medications for depression and anxiety, as well as prescription sleeping pills. I also saw a counselor on a regular basis at his direction. The symptoms included locking myself in a dark room for long periods of time, giving up, sleeping 20 hours a day, mood-swings from anxiety, feelings that my life is worthless, and praying for death. This is a continuing illness.

3. Defendant employed more than 50 people at my worksite during more than twenty weeks of the calendar year in 2010 and 2011.

4. At all times during my last year of employment, I had worked for Defendant for more than one year, and had worked more than 1250 hours in the preceding year.

5. When I was attempting to return to work, I talked Eric Wiggins, who was HR Director, and told him what Reissdorff was like. I told him that I needed help to be able to go back there because of my impairment. Wiggins indicated he would help me with these issues and we discussed the possibility of training on how to deal with a person like Reissdorff, me being able to go to Wiggins with problems, and a possible transfer. During these conversations, Wiggins told me that they had discussed firing me while I was on FMLA leave.

6. The training and transfer never materialized. I was also not able to go to Wiggins and get help with problems.

7. A couple of days before I was terminated, I went to Wiggins with issues with Reissdorff and needing stronger medications. I reiterated the need for accommodation.

8. A couple of days later, I was brought into a room with Wiggins and Reissdorff. Wiggins told me that my job was being done away with through no fault of my own, and that they would not oppose unemployment.

9. They now claim I was fired for performance, however, there is a five step process for discipline, and they never engaged in that process.

10. Scott LNU, was Cat B downstairs operator, was suspended twice, and not fired for talking back to a supervisor. I know this because a manager, Thomas Waters, told me about it. I never talked back to anybody.

_____    _____
Curt Tomlinson                                          Date

SUBSCRIBED AND SWORN TO, before me, a Notary Public, on this 17TH day of April, 2013.

_____
Notary Public

My Commission Expires:

1/8/17

GWEN TUCKER
NOTARY PUBLIC
PULASKI COUNTY, ARKANSAS
COMM. EXP. 1-8-2017
COMMISSION NO. 12358506